# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **WESTERN WATERSHEDS PROJECT, BIODIVERSITY CONSERVATION ALLIANCE, CENTER FOR NATIVE ECOSYSTEMS, OREGON NATURAL DESERT ASSOCIATION, and the SAGEBRUSH SEA CAMPAIGN,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**GALE NORTON, Secretary of the Department of the Interior, and UNITED STATES FISH AND WILDLIFE SERVICE, an agency of the United States,**<br><br>**Defendants.** | Case No. CV 06-00127-S-EJL<br><br><br>**ORDER** |

Pending before the Court in the above-entitled matter is a motion to file amicus briefs by the Idaho Farm Bureau Federation and Pacific Legal Foundation.

### Standard

The function of an amicus curiae is to call the court's attention to law, facts, or circumstances in a matter then before it that may otherwise escape its consideration and to aid the court on questions of law.  4 AM. JUR. 2D *Amicus Curiae* § 6 (2002).  The extent and manner of an amicus curiae's participation is entirely within the court's discretion and will be heard only upon a grant of leave from the court.  4 AM. JUR. 2D *Amicus Curiae* § 3 (2002); see also Hoptowit v. Ray, 682 F.2d 1237, 1260 (9th Cir. 1982).  Courts generally consider whether the proferred information is timely, useful, or

otherwise necessary to the effective administration of justice. Id.  While an amici may not present "highly partisan ... account[s] of the facts," they may take a legal position and present legal arguments in supporting that position. Funbus Systems, Inc. v. State of Cal. Public Utilities Com'n., 801 F.2d 1120 (9th Cir. 1986) (citing Miller-Wohl Co. v. Commissioner of Labor & Industry, 694 F.2d 203, 204 (9th Cir.1982) (amici fulfill the classic role of amicus curiae by assisting in a case of general public interest, supplementing the assisting in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that might otherwise escape consideration).

**Discussion**

This action has been brought by Plaintiffs, non-profit organizations, against the United States Fish and Wildlife Service alleging violations of the Endangered Species Act ("ESA") with respect to Plaintiffs' efforts to protect the Pygmy rabbit as an endangered or threatened species. The claims are that the Fish and Wildlife Service has improperly rejected Plaintiffs' listing petition for the Pygmy rabbit to be placed on the endangered species list. The Idaho Farm Bureau Federation seeks to appear by way of amici curiae in order to provide the Court with information regarding the impact of the prohibitions and restrictions sought by Plaintiffs on area farmers and ranchers. The Pacific Legal Foundation likewise requests amicus curiae status to provide "a valuable additional viewpoint" which appears to be that of private landowners interested in limited government and property regulation. While not making and conclusions as to the merits of the claims here, the Court finds that both amicus curiae seeking parties may provide additional information relating to the facts and claims brought in this matter. Such information could provide a more complete picture regarding the issues in this case. Accordingly, the Court will grant the motion and allow the requesting parties to appear in a limited

capacity in this matter.  Specifically, the amicus curiae parties may request leave from the Court to file a short request of no more than five pages seeking to submit briefing, memorandum, and/or information on issues in this matter raised in dispositive motions such as a motion to dismiss or motion for summary judgment.  The request shall provide the Court with a brief proffer of what information the party seeks to submit to the Court and how it is relevant to the issues raised in the motion before the Court.  The request shall be sought no later than ten days following the filing of the motion.  The Court then will consider the request and determine whether to allow the party to submit further briefing and/or information.

## ORDER

Based on the foregoing and being fully advised in the premises the Court **HEREBY GRANTS** the Motion for leave to Participate as Amicus Curiae (Docket No. 17).  The Idaho Farm Bureau Federation and Pacific Legal Foundation shall be allowed to appear as Amicus Curiae in this matter as detailed above.

DATED:  **July 7, 2006**

*Edward J. Lodge* (signature)

Honorable Edward J. Lodge
U. S. District Judge